UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SUMIT MANDHAN,

        Petitioner,

    v.

MARKWAYNE MULLIN, *et al.*,

        Respondents.

Case No.   1:26-cv-04809 (EJD)

**ORDER RE PETITION FOR WRIT OF HABEAS CORPUS**

Re: Dkt. No. 1

The Court is in receipt of Petitioner's Writ of Habeas Corpus ("Petition"). Respondents shall file a response to the Petition by July 14, 2026. Any response must include the Petitioner's full Form I-213, any orders of release or detention, any custody warrants or notices, and any other portions of Petitioner's A-File relevant to the determination of the issues presented in the Petition. Failure to timely respond shall be construed as a non-opposition. *See* L.R. 230(c). Petitioner may file a reply by July 24, 2026. Respondents are prohibited from deporting the Petitioner or removing him from the Eastern District of California while the Petition is pending. The matter is not set for a hearing, though the Court may set one should it later be determined that a hearing is necessary. Counsel for Respondents shall promptly enter notices of appearance.

    **IT IS SO ORDERED.**

Dated: June 23, 2026

                              EDWARD J. DAVILA
                              United States District Judge

Case No.: 1:26-cv-04809-EJD

1